**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed May 26, 2016.**



**In The**

# Fourteenth Court of Appeals

### NO. 14-16-00406-CV

### IN RE JULIA FAYE PEARSON, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**25th District Court**
**Gonzales County, Texas**

## MEMORANDUM OPINION

On May 17, 2016, relator Julia Faye Pearson filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (West 2004); *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable William Old, III, presiding judge of the 25th District Court of Gonzales County, to "entertain" and/or "adjudicate" all pro se documents relator has filed in the

underlying case, reinstate the underlying case, or recuse himself from the underlying case.

Section 22.221 of the Texas Government Code expressly limits the mandamus jurisdiction of the court of appeals to: (1) writs against a "judge of a district or county court in the court of appeals district"; and (2) all writs necessary to enforce the court of appeals' jurisdiction. Tex. Gov't Code Ann. § 22.221. Gonzales County is not within our appellate district. *See* Tex. Gov't Code Ann. § 22.201(o) (West Supp. 2015). Instead, Gonzales County is within the Thirteenth Court of Appeals district. *Id.* § 22.201(n). Because Gonzales County is not in our appellate district and mandamus relief is not necessary to enforce this court's jurisdiction, we have no authority to issue a writ of mandamus directed at the presiding judge of the 25th District Court.

Accordingly, we dismiss relator's petition for writ of mandamus for lack of jurisdiction.


PER CURIAM

Panel consists of Chief Justice Frost and Justices McCally and Brown.